FILED

05/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0526

_____

RANDALL CHILDRESS and CLAUDIA
CHILDRESS,

      Plaintiffs, Appellees,
      and Cross-Appellants.

    v.

COSTCO WHOLESALE CORPORATION,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jay S. Bybee and the Honorable Daniel P. Collins, Circuit Judges, and the Honorable James Alan Soto, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2021